**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**July 12, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-50086
_____

LYNETTE CRUNK, Individually and as next friend of Kenneth P,
Keith P, and Kevin P

                    Plaintiff - Appellant

     v.

SAN ANTONIO INDEPENDENT SCHOOL DISTRICT; ET AL

                    Defendants

SAN ANTONIO INDEPENDENT SCHOOL DISTRICT

                    Defendant - Appellee

                --------------------
        Appeal from the United States District Court
        for the Western District of Texas, San Antonio
                USDC No. SA-01-CV-109-WWJ
                --------------------

Before KING, Chief Judge, and DAVIS, Circuit Judge, and
FITZWATER, District Judge.[1]

PER CURIAM:[**]

     AFFIRMED.  See 5th Cir. R. 47.6.

_____

     [1]   District Judge for the Northern District of Texas,
sitting by designation.

     [**]   Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.